THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>        Plaintiff,<br><br>v.<br><br>Toys R Us-Delaware, Inc.<br><br>        Defendant. | Case No.: 2:17-cv-00672-JNP-PMW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Assigned to: Judge Jill N. Parrish<br>Referred to: Magistrate Judge Paul M. Warner |

This matter has been stayed pursuant to the automatic stay provisions of section 362(d) of the Bankruptcy Code. The debtors in the applicable chapter 11 cases and the plaintiff in this matter, Samuel Burningham, have entered into a stipulation to grant relief from the section 362(d) stay for the limited purpose of permitting the parties to this action to file a stipulation of dismissal and allowing the Court to enter an order effectuating the dismissal without prejudice. Attached as *Exhibit A* is the stipulation.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Samuel Burningham and Defendant Toys-R-Us-Delaware, Inc., hereby stipulate that the above-entitled Action be dismissed without prejudice, with each side to bear its own fees' and costs.

2

**RESPECTFULLY** submitted on this 11th day of May, 2018

<table>
<tr><td>

*/s/ James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

</td><td>

*/s/ Conrad S. Kee* (with permission)
Conrad S. Kee
JACKSON LEWIS PLLC
215 S STATE ST STE 760
SALT LAKE CITY, UT 84111
(801) 736-3199
Email: keec@jacksonlewis.com
*Attorney for Defendant*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Conrad S. Kee
JACKSON LEWIS PLLC
215 S STATE ST STE 760
SALT LAKE CITY, UT 84111
(801) 736-3199
Email: keec@jacksonlewis.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action)*